**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7013**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

MICHAEL J. THOMPSON,

Defendant – Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:05-cr-00480-TSE-1)

Submitted:  December 14, 2009      Decided:  December 29, 2009

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael J. Thompson, Appellant Pro Se.  Christina Lundberg
Medzius, OFFICE OF THE UNITED STATES ATTORNEY, Kimberly Ann
Riley, Assistant United States Attorney, Alexandria, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Thompson appeals the district court's order denying his self-styled "Motion For Nunc Pro Tunc Order Directing Award of Pre-sentence Credit Toward Federal Sentence." We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>United States v. Thompson</u>, No. 1:05-cr-00480-TSE-1 (E.D. Va. filed May 1, 2009; entered May 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>